969 A.2d 1180

**Robert C. JONES, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 178 EM 2008.**

Supreme Court of Pennsylvania.

April 3, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 3rd day of April, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Habeas Corpus, the "Application to File Leave to Amend *Habeas Corpus*," the Application for Immediate Hearing and the "Application for Leave to File Supplement" are **DENIED.**